**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GREGORY MAKOWSKI, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ANDREW M. SAUL, | : | No. 19-3821 |
| Defendant. | : | |

## ORDER AND JUDGMENT

AND NOW, on February 14, 2020, upon consideration of Plaintiff Gregory Makowski's

Brief in Support of her Request for Review (doc. 8) and the Commissioner's Response (doc. 9),

it is ORDERED:

1. Plaintiff's Request for Review is DENIED;

2. JUDGMENT is entered in favor of the Commissioner and against Plaintiff; and

3. The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:


  /s/ Timothy R. Rice__
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE
